AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 19-cr-258 |
| GEORGE ALLEN WEAVER, JR., et al. | ) | Assigned To: Judge Ketanji Brown Jackson |
| | ) | Assign. Date: 7/31/2019 |
| | ) | Description: INDICTMENT (B) |
| *Defendant* | ) | |

**FILED**
AUG 0 1 2019
Clerk, U.S. District and
Bankruptcy Courts

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SEAN RAY WIGGINS                                                             ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute Heroin); 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Distribution of Heroin); 18 U.S.C. § 924(c)(1) (Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense) and FORFEITURE: 21 U.S.C. § 853(a), (p)

Date: 07/31/2019

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

DEBORAH A. ROBINSON, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/31/2019, and the person was arrested on *(date)* 8/1/2019
at *(city and state)* Maryland

Date: 8/1/2019

*Arresting officer's signature*

Special Agent James Mulvihill
*Printed name and title*